UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JATINDER SINGH,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>UR M. JADDOU, Director of USCIS;<br>MERRICK GARLAND, Dept. of Justice;<br>ALEJANDRO MAYORKAS, Sec. of DHS;<br>and TESSA M. GORMAN, U.S. Attorney,<br><br>　　　　　　Defendants. | CASE NO. 2:25-cv-00012-TL<br><br>MINUTE ORDER |

　　　The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

　　　The Court has received Plaintiff's proof of service for all Defendants. Dkt. No. 4. Plaintiff asserts only that the summons was served and provides only tracking numbers for certified mailings. The Court is thus unable to assess whether service was proper. Accordingly, Plaintiff is ORDERED to supplement the proof of service with a declaration and/or other materials showing what documents were served and to what addresses they were mailed. Plaintiff SHALL file the supplemental materials **by February 7, 2025**.

　　　Dated this 7th day of January 2025.

　　　　　　　　　　　　　　　　　　　Ravi Subramanian
　　　　　　　　　　　　　　　　　　　Clerk of the Court

　　　　　　　　　　　　　　　　　　　s/ Kadya Peter
　　　　　　　　　　　　　　　　　　　Deputy Clerk