District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JATINDER SINGH, <br><br> Plaintiff, <br><br> v. <br><br> KIKA SCOTT, *et al.*,[1] <br><br> Defendants. | Case No. 2:25-cv-00012-TL <br><br> STIPULATED MOTION TO HOLD CASE IN ABEYANCE AND [PROPOSED] ORDER <br><br> Noted for Consideration: <br> March 5, 2025 |

Pro se Plaintiff and Defendants, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings until September 5, 2025. Plaintiff brought this litigation pursuant to the Mandamus Act to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate his asylum application. Defendants' response to the Complaint is currently due on March 7, 2025. The parties are currently working towards a resolution to this litigation. For good cause, the parties request that the Court hold the case in abeyance until September 5, 2025.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Defendants substitute Senior Official Performing Duties of the Director Kika Scott for former Director Ur M. Jaddou; Attorney General Pamela Bondi for Merrick Garland; Department of Homeland Security Secretary Kristi Noem for Alejandro Mayorkas; and Acting U.S. Attorney Teal Luthy Miller for Tessa M. Gorman.

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00012-TL] - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

With additional time, this case may be resolved without the need of further judicial intervention. USCIS has scheduled Plaintiff's asylum interview for May 8, 2025. USCIS agrees to diligently work towards completing the adjudication within 120 days of the interview, absent unforeseen or exceptional circumstances that would require additional time for adjudication. If the adjudication is not completed within that time, USCIS will provide a status report to the Court. Plaintiff will submit all supplemental documents and evidence, if any, to USCIS seven to ten days prior to the interview date. Plaintiff recognizes that failure to submit documents prior to the interview may require the interview to be rescheduled and the adjudication delayed. If needed, Plaintiff will bring an interpreter to the interview, otherwise the interview will need to be rescheduled, and the adjudication delayed. Once the application is adjudicated, Plaintiff will dismiss the case. Accordingly, the parties request this abeyance to allow USCIS to conduct Plaintiff's asylum interview and then process his asylum application.

As additional time is necessary for this to occur, the parties request that the Court hold the case in abeyance until September 5, 2025. The parties will submit a status update on or before September 5, 2025.

//

//

//

//

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00012-TL] - 2

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

DATED this 5th day of March, 2025.

Respectfully submitted,

TEAL LUTHY MILLER
Acting United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Avenue, Suite 700
Tacoma, Washington 98402
Phone: (206) 553-7970
Fax:    (206) 553-4067
Email:  michelle.lambert@usdoj.gov

*Attorneys for Defendants*

*I certify that this memorandum contains 371 words, in compliance with the Local Civil Rules.*


 *s/ Jatinder Singh*
JATINDER SINGH
10412 se 186TH Place
Renton, Washington 98055
Phone: (630) 456-5965
Email: globetrans@yahoo.com
*Pro Se Plaintiff*

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00012-TL] - 3

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

## [PROPOSED] ORDER

The case is held in abeyance until September 5, 2025.  The parties shall submit a status update on or before September 5, 2025.  It is so **ORDERED**.

DATED this 5th day of March, 2025.

*/s/ Tana Lin*
Tana Lin
United States District Judge

STIPULATED MOTION FOR ABEYANCE
[Case No. 2:25-cv-00012-TL] - 4

UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800