UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JATINDER SINGH,

Plaintiff,

v.

JOSEPH EDLOW, et al.,

Defendants.

CASE NO. 2:25-cv-00012-TL

ORDER ON MOTION TO STAY

This matter is before the Court on Defendants' Motion to Stay in Light of Lapse of Appropriations. Dkt. No. 14. Having reviewed the Defendants' Motion to Stay (Dkt. No. 14) and the relevant record, the Court DENIES the motion.

The Court's Standing Order for all Civil Cases requires that all "[m]otions shall contain a certification that the Parties have met and conferred. . . . Parties must make a meaningful effort to confer prior to filing a motion [and] shall explain their specific efforts to comply if contact was not successfully made. Motions that do not comply may be summarily denied." Judge Tana

Lin, Standing Order for All Civil Cases, Section II.D (last updated November 1, 2024); *see also* Dkt. No. 8 (Minute Order directing Parties to review Chambers Procedures).

Defendants' Motion to Stay in Light of Lapse of Appropriations (Dkt. No. 14) neither includes a certification of conferral nor identifies any efforts to contact Plaintiff or ascertain Plaintiff's position on the proposed stay. The Court could deny the motion without consideration on that ground alone. Nevertheless, the Court finds good cause to consider the motion and grant relief based on the circumstances Defendants have explained. *See generally id.* As the case is already held in abeyance, however (*see* Dkt. No. 13), the Court also finds that a stay is unnecessary.

Accordingly, the Court hereby ORDERS:

(1) Defendants' Motion to Stay is DENIED.

(2) The November 7, 2025, deadline for the Parties to submit a status update to the Court (*see* Dkt. No. 13) is STRICKEN.

(3) This case SHALL remain in abeyance until the lapse of appropriations has ended.

(4) The Parties SHALL meet and confer **within ten court days** after the restoration of funding and file a status report or a motion to dismiss **within fifteen court days** after the restoration of funding.

Dated this 31st day of October, 2025.