District Judge Tana Lin

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JATINDER SINGH,<br><br>Plaintiff,<br>v.<br><br>JOSEPH B. EDLOW, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00012-TL<br><br>~~[PROPOSED]~~ ORDER GRANTING DEFENDANTS' MOTION TO DISMISS |

The Court has reviewed the pleadings and the briefing and is otherwise fully advised. Therefore, it is hereby **ORDERED** that Defendants' Motion to Dismiss is GRANTED.

DATED this 18th day of February, 2025.

TANA LIN
United States District Judge



UNITED STATES ATTORNEY
1201 PACIFIC AVE., STE. 700
TACOMA, WA 98402
(253) 428-3800

Presented by:

CHARLES NEIL FLOYD
United States Attorney

*s/ Michelle R. Lambert*
MICHELLE R. LAMBERT, NYS #4666657
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
1201 Pacific Ave., Ste. 700
Tacoma, WA 98402
Phone: (253) 428-3824
Fax: (253) 428-3826
Email: michelle.lambert@usdoj.gov

*Attorneys for Defendants*